UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00481-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. FELIPE NAVA-MARIN, a/k/a Jose Luis Nava-Marin,

 Defendant.

---

## ORDER

---

 This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Wednesday, December 1, 2010,** and responses to these motions shall be filed by **Monday, December 13, 2010.** It is

 FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference has not been set.  Counsel shall contact Chambers should such hearings become necessary.  It is

 FURTHER ORDERED that a 2-day jury trial is set for **Monday, December 20, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: October 19, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge