UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00481-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FELIPE NAVA-MARIN, a/k/a Jose Luis Nava-Marin,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 28, 2010. As such, a Change of Plea hearing is set for **Friday, December 10, 2010 at 9:00 a.m.** Accordingly, the jury trial set for December 20, 2010 is hereby **VACATED. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: October 28, 2010