**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 22, 2010 | Probation: | Keith Williams |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00481-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Michelle M. Heldmyer

        Plaintiff,

v.

**1.  FELIPE NAVA-MARIN, a/k/a Jose Luis Nava-Marin**,          Scott T. Varholak

        Defendant.

**SENTENCING**

**11:11 a.m.**   Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Friday, December 10, 2010, at 9:00 a.m.
        Plea of Guilty - count one of Indictment**

        APPEARANCES OF COUNSEL.  Ms. Heldmyer appears via video conference.

        Interpreter sworn (Spanish).

        Court's opening remarks.

11:13 a.m.   Statement on behalf of Defendant (Mr. Varholak).

**ORDERED:**   Defendant's Response and Objections to the Presentence Investigation Report [doc. #23], filed March 8, 2011, is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [doc. #22], filed March 8, 2011, is **DENIED AS MOOT.**

| | |
|---|---|
| 11:14 a.m. | Statement on behalf of Government (Ms. Heldmyer). |
| 11:15 a.m. | Statement on behalf of Probation (Mr. Williams). |
| 11:17 a.m. | Statement on behalf of Defendant (Mr. Varholak). |
| 11:21 a.m. | Statement on behalf of Government (Ms. Heldmyer). |
| 11:22 a.m. | Statement by Defendant on his own behalf (Mr. Nava-Marin). |
| 11:23 a.m. | Statement on behalf of Government (Ms. Heldmyer). |

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #28], filed March 11, 2011, is **GRANTED.**

Order Granting Decrease of Offense Level is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **18** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. If not deported, the defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

|     |     |
| --- | --- |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:**   **Special Condition(s)** of **(Probation (Supervised Release** are:

|     |     |
| --- | --- |
| (X) | If not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for alcohol and drug abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of the treatment as directed by the probation officer. |
| (X) | If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return. |

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:29 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :18**